UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cr-00082-RJC-DSC

| | |
|---|---|
| USA, | ) |
| Plaintiff, | ) ORDER |
| vs. | ) |
| CHRISTOPHER LEE GRIFFIN (4), | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon motion of the defendant pro se for to set an amount for restitution payments through the Inmate Financial Responsibility Program (IFRP) while he is in federal custody. (Doc. No. 237).

Participation in the IFRP is voluntary, and an inmate becomes eligible for certain benefits by his involvement in the program. 28 C.F.R. § 545.11 et seq. A team at a prison facility considers an inmate's financial information, monitors the amount of money in his trust account, and determines the required monthly payment for participation in the program.

Here, the Court ordered that payment of the defendant's criminal monetary penalties was due immediately and recommended participation in the IFRP. (Doc. No. 217: Judgment at 2, 7). The defendant states that he is enrolled in the IFRP and requests that the Court set a $50 monthly payment amount during his imprisonment. (Doc. No. 237: Motion at 3). Assessment of the defendant's financial situation is most properly left to the discretion of the Bureau of Prisons. The

1

defendant has the choice of whether to remain in the program or to challenge its execution through administrative remedies.

**IT IS, THEREFORE, ORDERED**, that the defendant's request to set IFRP payments, (Doc. No. 237), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 6, 2020

*/s/ Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge

2

Case 3:14-cr-00082-RJC-DSC   Document 238   Filed 08/06/20   Page 2 of 2